JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  GERALYN GULSETH
6  Special Assistant United States Attorney
           6401 Security Blvd.
7          Baltimore, MD 21235
8          San Francisco, CA  94105
           Telephone: 510-970-4819
9          e-mail: Geralyn.Gulseth@ssa.gov
10
11 Attorneys for Defendant

12              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
13

14 AMORITA LOVE,                    )  Case No. 8:24-cv-00156-MAA
                                    )
15          Plaintiff,              )
   vs.                             )  [PROPOSED] JUDGMENT OF
16                                  )  REMAND
                                    )
17 MARTIN O'MALLEY,                 )
   Commissioner of Social Security, )
18                                  )
           Defendant.               )
19 _____  )

20

21

22

23

24

25

26

27

28

1    The Court, having approved the parties' Stipulation to Voluntary Remand

2    Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3    ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

4    of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

5    above-captioned action is remanded to the Commissioner of Social Security for further

6    action consistent with the Stipulation to Remand.

7

8    DATED:  June 27, 2024

9    HON. MARIA A. AUDERO
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28